**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Linda Reed, | ) | |
| Plaintiff, | ) | Case Number: 12 C 7274 |
| v. | ) | |
| | ) | Judge St. Eve |
| State of Illinois, et al. | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii)**

Plaintiff Linda Reed and Defendants State of Illinois *et al.* stipulate to dismissal of this action without prejudice, which shall automatically convert to a dismissal with prejudice (and without attorney's fees, costs or expenses) if no motion to reinstate is filed by Wednesday February 14, 2018. Any motion to reinstate may only be based upon the non-payment of the settlement amount set forth in this Agreement.

Respectfully submitted,

___/s/ Paul W. Mollica___
PAUL W. MOLLICA
Outten & Golden LLP
161 North Clark Street, Suite 1600
Chicago, Illinois 60601
Office: 312-809-7010
pwmollica@outtengolden.com

Attorney for Plaintiff Linda Reed

___/s/ Michael Dierkes___
MICHAEL DIERKES
Assistant Attorney General, General Law
100 W Randolph St.
James R. Thompson Center, Ste. 13
Chicago, Illinois 60601
Office: 312-814-3672
mdierkes@atg.state.il.us

Attorney for Defendants State of Illinois *et al*